**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Kevin Crouse,** | ) | **CASE NO. 1:12 CV 970** |
| | ) | |
| Petitioner, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Maggie Bradshaw, Warden,** | ) | **Memorandum of Opinion and Order** |
| | ) | |
| Respondent. | ) | |

### Introduction

This matter is before the Court upon the Report and Recommendation of Magistrate Judge George Limbert (Doc. 7) which recommends dismissal of the Petition for Writ of Habeas Corpus pending before the Court. Petitioner did not file objections to the Report and Recommendation. For the following reasons, the Report and Recommendation is ACCEPTED.

### Standard of Review

Rule 8(b) of the Rules Governing Section 2254 Cases in the United States District Courts provides, "The judge must determine *de novo* any proposed finding or

1

recommendation to which objection is made. The judge may accept, reject, or modify any proposed finding or recommendation."When no objections have been filed this Court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation. *See* Advisory Committee Notes 1983 Addition to Federal Rule of Civil Procedure 72.

### **Discussion**

Petitioner is incarcerated after being sentenced in the Richland County Common Pleas Court following a plea of no contest to charges of domestic violence and intimidation. The Magistrate Judge found petitioner's sole habeas ground for relief to be procedurally defaulted as he failed to present this issue on appeal to the state courts and he conceded as much. Nor did petitioner present sufficient cause to excuse his procedural default. Moreover, the Magistrate Judge concluded that even if the Court were to reach the merits of the claim, it fails. This Court has reviewed the Report and Recommendation and, finding no clear error, accepts it for the reasons stated therein.

For the reasons stated above, and those stated in the Report and Recommendation which is incorporated herein, the Petition for Writ of Habeas Corpus is dismissed.

### **Conclusion**

Accordingly, the Report and Recommendation is accepted. The Petition for Writ of Habeas Corpus is dismissed. Furthermore, for the reasons stated herein and in the Report and Recommendation, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed.R.App.P. 22(b).

IT IS SO ORDERED.

      /s/ Patricia A. Gaughan
      PATRICIA A. GAUGHAN
      United States District Judge

Dated: 10/23/13